# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SANDRA COLLETTI,<br><br>    Plaintiff<br><br>v.<br><br>WALMART INC.,<br><br>    Defendant | Case No.: 2:23-cv-01676-APG-DJA<br><br>**Order Striking Certificate of Interested Parties** |

    I ORDER that the certificate of interested parties (ECF No. 8) filed by plaintiff Sandra Colletti is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2).  The certificate does not identify Colletti's citizenship as required by the amendment to that rule.

    I FURTHER ORDER the plaintiff to file a proper certificate of interested parties by November 30, 2023.

    DATED this 16th day of November, 2023.

ANDREW P. GORDON  
UNITED STATES DISTRICT JUDGE