**Tabetha A. Martinez (NV 14237)**
**Alisa A. McAffee, Esq. (NV 15960)**
**BURGER, MEYER & D'ANGELO LLP**
400 S. 4th Street, Suite 500
Las Vegas, NV 89101
Telephone: (949) 427-1888
Facsimile:  (949) 427-1889
Email: tmartinez@burgermeyer.com
       amcaffee@burgermeyer.com
*Attorneys for Defendant*
WALMART, INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SANDRA COLLETTI;<br><br>            Plaintiff,<br><br>vs.<br><br>WALMART INC., d/b/a WALMART, a foreign corporation, DOES I through X, inclusive, DOE EMPLOYEES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>            Defendants. | Case No.: 2:23-cv-01676-APG-DJA<br>Hon. Andrew P. Gordon<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff Sandra Colletti (hereinafter "Plaintiff") and Defendant Walmart, Inc. (hereinafter "Defendant") hereby stipulate and agree that this case be dismissed, with prejudice, and that each party bear its own attorneys' fees and/or costs.

Entry of Stipulation and Order will result in the dismissal of the entire action, with prejudice, as to all Defendants.

Dated: August 2nd, 2024

| | |
|---|---|
| **BURGER, MEYER & D'ANGELO LLP** | **HENNESS & HAIGHT** |
| /s/ Alisa A. McAffee | /s/ Jacob S. Smith |
| Tabetha A. Martinez, Esq.<br>Alisa A. McAffee, Esq.<br>400 South 4th St., Suite 500<br>Las Vegas, NV 89101<br>*Attorneys for Defendants,*<br>Walmart, Inc. | Jacob S. Smith, Esq.<br>8972 Spanish Ridge Avenue<br>Las Vegas, Nevada 89148<br>*Attorney for Plaintiff,*<br>Sandra Colletti |

## ORDER

**BASED UPON THE STIPULATION OF THE PARTIES** and good cause appearing therefore,

**IT IS HEREBY STIPULATED AND AGREED** that this case, including any and all claims brought by Plaintiff, is hereby dismissed with prejudice.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that the Parties will bear their own attorney fees and costs.

DATED this <u>5th</u> day of <u>August</u> 2024.

_____
UNITED STATES DISTRICT JUDGE